UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH FELIX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00660 BLF<br><br>**ORDER OF DISMISSAL** |

　　　　Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the County of Santa Clara. Dkt. No. 1. On October 3, 2024, the Court screened the first amended complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 18. Plaintiff was directed to file an amended complaint within twenty-eight days of the order and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim. *Id.* at 7.

　　　　The deadline has passed, and Plaintiff has failed to file a second amended complaint in the time provided. Accordingly, this action is DISMISSED with prejudice for failure to state a claim.

　　　　The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __November 15, 2024__

_____
BETH LABSON FREEMAN
United States District Judge