UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH FELIX,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 24-cv-00660 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __November 15, 2024__

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.24\00660Felix_judgment